# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TERRY L. COX & KRIS A. COX           Case Number: 05-77016
P.O. BOX 272           SSN-xxx-xx-7356 & xxx-xx-6622
ERIE, IL  61250

Case filed on: 10/14/2005
Plan Confirmed on: 1/20/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $51,696.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY BRUCE A BUCKROP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | TERRY L. COX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 16,566.21 | 16,566.21 | 16,566.21 | 1,448.76 |
| 002 | STERLING FEDERAL BANK | 34,988.07 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 51,554.28 | 16,566.21 | 16,566.21 | 1,448.76 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 8,885.30 | 8,885.30 | 1,516.25 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 11,237.24 | 11,237.24 | 1,917.60 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 5,698.03 | 5,698.03 | 972.35 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 4,994.39 | 4,994.39 | 852.28 | 0.00 |
| 008 | LVNV FUNDING LLC | 18,304.68 | 18,304.68 | 3,123.65 | 0.00 |
| 009 | LVNV FUNDING LLC | 28,794.69 | 28,794.69 | 4,913.74 | 0.00 |
| 010 | LVNV FUNDING LLC | 19,592.68 | 19,592.68 | 3,343.44 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,213.41 | 1,213.41 | 207.07 | 0.00 |
| 012 | LVNV FUNDING LLC | 6,461.37 | 6,461.37 | 1,102.62 | 0.00 |
| 013 | FIRST NATIONAL BANK | 18,877.55 | 18,877.55 | 3,221.41 | 0.00 |
| 014 | LVNV FUNDING LLC | 10,670.38 | 10,670.38 | 1,820.87 | 0.00 |
| 015 | STANLEY WEINBERG & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISCOVER FINANCIAL SERVICES | 14,724.31 | 14,724.31 | 2,512.67 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 452.26 | 452.26 | 77.18 | 0.00 |
| 018 | CAPITAL ONE BANK (USA) NA | 335.55 | 335.55 | 57.26 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 11,428.81 | 11,428.81 | 1,950.29 | 0.00 |
|  | Total Unsecured | 161,670.65 | 161,670.65 | 27,588.68 | 0.00 |
|  | Grand Total: | 215,924.93 | 180,936.86 | 46,854.89 | 1,448.76 |

Total Paid Claimant:     $48,303.65
Trustee Allowance:       $3,392.35
Percent Paid Unsecured:      17.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009           By  /s/Heather M. Fagan